**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RELATIVITY FASHION, LLC, *et al.*, ) | Case No. 1:15-cv-07565-JSR |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |

### NOTICE OF WITHDRAWAL OF APPEAL

Heatherden Securities LLC hereby withdraws its Notice of Appeal, dated September 10, 2015 [Doc. 1] from the following orders of the United States Bankruptcy Court, Southern District of New York (Honorable Michael E. Wiles): (a) Order (A) Establishing Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse APA and Bidding Protections, and (C) Granting Certain Related Relief [Doc. 356], dated August 28, 2015, and (b) Amended Order (A) Establishing Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse APA and Bidding Protections, and (C) Granting Certain Related Relief [Doc. 369], dated September 1, 2015.

*(Remainder of this page intentionally left blank.)*

Dated:      October 15, 2015
            New York, New York

**O'MELVENY & MYERS LLP**

*/s/ Daniel S. Shamah*
Daniel S. Shamah
7 Times Square
New York, NY 10036
Tel:    (212) 326-2000
Fax:    (212) 326-2061
Email:  dshamah@omm.com

*Attorney for Heatherden Securities LLC*